**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                    Plaintiff,

- v. -

JOSEPH PERCOCO,
     a/k/a "Herb,"
ALAIN KALOYEROS,
     a/k/a "Dr. K,"
PETER GALBRAITH KELLY, JR.,
     a/k/a "Braith,"
STEVEN AIELLO,
JOSEPH GERARDI,
LOUIS CIMINELLI,
MICHAEL LAIPPLE, and
KEVIN SCHULER,

                  Defendants.

16 CR. 776 (VEC)

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that David Hirsch, Esq., of Steptoe & Johnson LLP,

1114 Avenue of the Americas, New York, NY 10036, hereby enters appearance, as counsel for

Defendant Alain Kaloyeros, in the above-captioned action.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 17, 2017

**STEPTOE & JOHNSON, LLP**

By: s/ David Hirsch
David Hirsch
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
E-mail: dhirsch@steptoe.com

*Counsel for Defendant Alain Kaloyeros*

## CERTIFICATE OF SERVICE

I, Pearl Parker, hereby certify that on this 17th of February, 2017, I caused a copy of the foregoing Notice of Appearance to be served on all counsel of record via the Court's ECF system.

 s/ Pearl Parker        
Pearl Parker
