```
                                                        USDC SDNY
                                                        DOCUMENT
UNITED STATES DISTRICT COURT                            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                           DOC #:_____
-------------------------------------------------- X    DATE FILED: 2/22/2017
    UNITED STATES OF AMERICA,                       :
                                                    :           16-CR-776 (VEC)
                -against-                           :
                                                    :              ORDER
                                                    :
    JOSEPH PERCOCO,                                 :
         a/k/a "Herb,"                              :
    ALAIN KALOYEROS,                                :
         a/k/a "Dr. K,"                             :
    PETER GALBRAITH KELLY, JR.,                     :
         a/k/a "Braith,"                            :
    STEVEN AIELLO,                                  :
    JOSEPH GERARDI,                                 :
    LOUIS CIMINELLI,                                :
    MICHAEL LAIPPLE, and                            :
    KEVIN SCHULER,                                  :
                                                    :
                            Defendants.             :
-------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS a status conference in this case is scheduled for April 3, 2017 [Dkt. 82];

IT IS HEREBY ORDERED that the April 3 conference is ADJOURNED to April 6, 2017, at 10:00 a.m., in Courtroom 110 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  If the parties are not available at that time, the parties must jointly confer and propose three alternative, mutually agreeable dates for the status conference. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay between April 3, 2017, and April 6, 2017, is excluded under the Speedy Trial Act.  The complexity of the case, including the voluminous discovery that needs to be produced and reviewed, warrants a delay, and the ends of

justice served by the lengthy continuance outweigh the Defendants' and the public's interests in a speedy trial.

**SO ORDERED.**

Dated: February 22, 2017
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**