UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>            - v. -<br><br>JOSEPH PERCOCO,<br>      a/k/a "Herb,"<br>ALAIN KALOYEROS,<br>      a/k/a "Dr. K,"<br>PETER GALBRAITH KELLY, JR.,<br>      a/k/a "Braith,"<br>STEVEN AIELLO,<br>JOSEPH GERARDI,<br>LOUIS CIMINELLI,<br>MICHAEL LAIPPLE, and<br>KEVIN SCHULER,<br><br>                            Defendants. | 16 CR. 776 (VEC) |

**DEFENDANT ALAIN KALOYEROS' WAIVER OF APPEARANCE FOR
APRIL 6, 2017 STATUS CONFERENCE**

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant Alain Kaloyeros waives his right to be present in open court for the April 6, 2017 status conference.

Dr. Kaloyeros requests that the Court proceed on April 6, 2017 and agrees that his interest will be deemed represented on April 6, 2017 by the presence of his counsel, the same as if Dr. Kaloyeros himself was personally appearing in court. Dr. Kaloyeros further agrees to be present in person, in court, at any adjourned or next appearance date that the Court sets in his absence.

Dated:    New York, New York
            March 29, 2017

                                **STEPTOE & JOHNSON, LLP**
                                *Attorneys for Defendant Alain Kaloyeros*

                                By:  s/ Michael C. Miller
                                      Jeffrey Novack
                                      David Hirsch
                                      1114 Avenue of the Americas
                                      New York, New York 10036
                                      Tel: (212) 506-3955
                                      Fax: (212) 506-3950
                                      E-mail: mmiller@steptoe.com

Dated:    Albany, New York
            March 28, 2017

                                  */s/ Alain E. Kaloyeros*
                                  Alain Kaloyeros

SO ORDERED:

Dated:    New York, New York
            03/_____/2017

                                  _____
                                  HONORABLE VALERIE CAPRONI
                                  UNITED STATES DISTRICT JUDGE