UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :
            v.                                         :
                                                       :   Case No. 16-cr-00776 (VEC)
ALAIN KALOYEROS, et al.,                               :
                                                       :
            Defendants.                                :
                                                       :
-------------------------------------------------------x
```

**NOTICE OF DEFENDANT ALAIN KALOYEROS'
MOTION FOR SUPPRESSION OF SEARCH WARRANT EVIDENCE**

Defendant Alain Kaloyeros, through counsel, respectfully moves to suppress evidence derived from the Government's improper search warrants.

                        Respectfully submitted,

                        /s/ Michael C. Miller
                        Michael C. Miller
                        Jeffrey A. Novack
                        Katherine M. Dubyak
                        David B. Hirsch
                        STEPTOE & JOHNSON LLP
                        1114 Avenue of the Americas
                        New York, New York 10036
                        (212) 506-3900

                        *Counsel for Alain Kaloyeros*

Dated: May 19, 2017