UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
UNITED STATES OF AMERICA          :
                                  :     Case No. 16-cr-00776 (VEC)
       v.                         :
                                  :     DECLARATION OF
ALAIN KALOYEROS, et al.,          :     MICHAEL C. MILLER
                                  :     IN SUPPORT OF
       Defendants.                :     MOTION FOR SUPPRESSION
                                  :     OF SEARCH WARRANT EVIDENCE
---------------------------------------------------------x

I, Michael C. Miller, Esq., hereby declare as follows:

1. I am a partner at Steptoe & Johnson LLP, located at 1114 Avenue of the Americas, New York, NY 10036.

2. I am counsel for Defendant Alain Kaloyeros in the above-captioned matter.

3. Attached as Exhibit A is a true and correct copy of the December 8, 2015 Search Warrant and Non-Disclosure Order issued by the Honorable Ronald L. Ellis.

4. Attached as Exhibit B is a true and correct copy of the December 8, 2015 Agent Affidavit in Support of Application for a Search Warrant.

5. Attached as Exhibit C is a true and correct copy of the March 4, 2016 Search Warrant and Non-Disclosure Order issued by the Honorable James C. Francis IV.

6. Attached as Exhibit D is a true and correct copy of the March 4, 2016 Agent Affidavit in Support of Application for a Search Warrant.

7. Attached as Exhibit E is a true and correct copy of the May 24, 2016 Search Warrant issued by the Honorable Thomas A. Breslin.

8. Attached as Exhibit F is a true and correct copy of the May 24, 2016 Application for a Search Warrant.

I declare under penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
      May 19, 2017

                              /s/Michael C. Miller
                              Michael C. Miller