UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------x
                                                 :
UNITED STATES OF AMERICA                         :
                                                 :   Case No. 16-cr-00776 (VEC)
            v.                                   :
                                                 :
ALAIN KALOYEROS, et al.,                         :
                                                 :
            Defendants.                          :
                                                 :
-------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Charlotte Jenkins, hereby certify that on this 19th of May, 2017, I caused a copy of the foregoing Motion for Suppression of Search Warrant Evidence to be served on all counsel of record via the Court's ECF system.

                                                  s/ Charlotte Jenkins
                                                  Charlotte Jenkins