UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ALAIN KALOYEROS, et al.,

Defendants.

Case No. 16-cr-00776 (VEC)

---

NOTICE OF DEFENDANT ALAIN KALOYEROS'
MOTION TO DISMISS UNDER
FEDERAL RULE OF CRIMINAL PROCEDURE 12

Defendant Alain Kaloyeros, through counsel, respectfully moves for dismissal of the Superseding Indictment as against Dr. Kaloyeros.

Respectfully submitted,

/s/ Michael C. Miller
Michael C. Miller
Jeffrey A. Novack
Katherine M. Dubyak
David B. Hirsch
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

*Counsel for Alain Kaloyeros*

Dated: May 19, 2017