UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
UNITED STATES OF AMERICA            :
:       Case No. 16-cr-00776 (VEC)
   v.                               :
:       DECLARATION OF
ALAIN KALOYEROS, et al.,            :       MICHAEL C. MILLER
:       IN SUPPORT OF
            Defendants.             :       MOTION TO DISMISS UNDER
:       FEDERAL RULE OF CRIMINAL
:       PROCEDURE 12
---------------------------------------------------------x

I, Michael C. Miller, Esq., hereby declare as follows:

1. I am a partner at Steptoe & Johnson LLP, located at 1114 Avenue of the Americas, New York, NY 10036.

2. I am counsel for Defendant Alain Kaloyeros in the above-captioned matter.

3. Attached as Exhibit A is a true and correct copy of an October 1, 2013 Fort Schuyler Management Corporation Request for Proposal for a Strategic Research, Technology Outreach, Business Development, Manufacturing, and Education and Training Partnership with a Qualified Local Developer in the Greater Syracuse Area, obtained from http://www.ftsmc.org/s/RFP-for-Strategic-Developer-Partnership-in-the-Greater-Syracuse-Area-9-1.pdf.

4. Attached as Exhibit B is a true and correct copy of an October 15, 2013 Fort Schuyler Management Corporation Request for Proposal for a Strategic Research, Technology Outreach, Business Development, Manufacturing, and Education and Training Partnership with a Qualified Local Developer in the Greater Buffalo Area, obtained from http://www.ftsmc.org/s/RFP-Greater-Buffalo.pdf.

5. Attached as Exhibit C is a true and correct copy of a May 29, 2013 email exchange between Alain Kaloyeros, John Loonan of Fuller Road Management Corporation, and Dean Fuleihan of Fort Schuyler Management Corporation.

6. Attached as Exhibit D is a true and correct copy of a July 5, 2013 Letter from Jessica Gabriel of the Empire State Development Corporation to Scott Bateman of Fuller Road Management Corporation.

I declare under penalty of perjury that the foregoing statements are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
      May 19, 2017

                                              /s/Michael C. Miller
                                              Michael C. Miller