# EXHIBIT A

# FORT SCHUYLER MANAGEMENT CORPORATION

## REQUEST FOR PROPOSAL

### For A Strategic Research, Technology Outreach, Business Development, Manufacturing, And Education And Training Partnership With A Qualified Local Developer In The Greater Syracuse Area

IN CONJUNCTION WITH
THE SUNY COLLEGE OF NANOSCALE SCIENCE AND ENGINEERING

**October 1, 2013**

# **TABLE of CONTENTS**

Cover Letter

Legal Notice

Instructions To Responders

Appendix "A" - Request for Information (Clarification) Form

Appendix "B" - Intent to Respond/Conference Attendance Confirmation Form

Appendix "C" - Insurance Requirements

Appendix "C1" - Sample Insurance Form

Appendix "D" - Disclosure of Lobbyist form

Appendix "E " - Disclosure of Prior Findings of Non-responsibility Form

October 1, 2013


Attention to Bidders

Fort Schuyler Management Corporation, in conjunction with the SUNY College of Nanoscale Science and Engineering (SUNY CNSE), announces the issuance of a request for proposals (RFP) to establish a strategic research, technology outreach, business development, manufacturing, and education and workforce training partnership with a qualified developer in the Greater Syracuse Area.


Enclosed is the RFP for review by potential Bidders and request for submission of appropriate responses.


Alicia Dicks
President
Fort Schuyler Management Corporation

**LEGAL NOTICE**
**ADVERTISEMENT for DEVELOPERS**

**Request for Proposals**

**To Establish a Strategic Research, Technology Outreach, Business Development, Manufacturing, and Education and Training Partnership with a Qualified Local Developer in the Greater Syracuse Area.**

The Fort Schuyler Management Corporation (FSMC), in conjunction with the SUNY College of Nanoscale Science and Engineering (SUNY CNSE), anticipates developing comprehensive initiatives throughout the state for research, technology outreach, business development, manufacturing, and education and training hubs.

As part of these outreach efforts, FSMC and SUNY CNSE seek to develop strategic partnerships with a qualified local developer in the Greater Syracuse Area for potential research, technology outreach, business development, manufacturing, and education and training hubs.

Among its qualifications, the designated developer must have the credentials, experience, and capacity to design, construct, finance, market, and lease state-of-the-art facilities and cutting edge infrastructure, as well as partner with FSMC and SUNY CNSE on strategic economic development initiatives.

Responses to this RFP shall be delivered to.

Alicia Dicks, President
Fort Schuyler Management Corporation
SUNYIT
100 Seymour Road
Utica, New York 13502
adicks@ftsmc.org
315-792-7306

Qualified Developers may request a Confidentiality Disclosure Agreement (CDA) and RFP Package by contacting the office of the President set forth above.  The entire RFP documentation must be provided as set forth below. Bidder must be able to read and print Adobe Acrobat "PDF" files in order to respond to this RFP. The RFP Package will be available **October 1, 2013 through October 8, 2013. A Confidentiality Disclosure Agreement must be executed prior the RFP document transmission.**

**Instructions to Responders**

**Request for Proposals to Establish a Strategic Research, Technology Outreach, Business Development, Manufacturing, and Education and Training Partnership with a Qualified Local Developer in the Greater Syracuse Area.**

1. INTRODUCTION.  OVERVIEW AND PROJECT DESCRIPTION

A. INTRODUCTION

(a) Fort Schuyler Management Corporation (FSMC), hereafter referred to also as OWNER, hereby solicits proposals, in conjunction with the SUNY College of Nanoscale Science and Engineering (SUNY CNSE), from local DEVELOPERS in the Greater Syracuse Area to enter into a strategic partnership for potential research, technology outreach, business development, manufacturing, and education and training hub(s), as described further in Section 1.C (PROJECT).

(b) The successful DEVELOPER will be required, in its proposal, to demonstrate its ability to meet the objectives of this RFP and foster the New York State governmental, business, economic, and educational agendas for this PROJECT.

B. OVERVIEW

(a) FSMC is a 501(c)(3) corporation formed to: organization formed to "help facilitate research and economic development activities related to the research and educational mission of the State University of New York in and around the Cities of Utica and Rome, New York by purchasing, constructing, and developing and managing facilities and promoting the research therein which support the economic development, research activities, and the mission of the State University of New York and its State University of New York Institute of Technology campus."

(b) SUNY CNSE is a global education, research, development, and technology deployment resource dedicated to preparing the next generation of scientists and researchers in nanotechnology. CNSE represents the world's most advanced university-driven research enterprise, offering students a one-of-a-kind academic experience and providing over 300 corporate partners with access to an unmatched ecosystem for leading-edge R&D and commercialization of nanoelectronics and nanotechnology innovations.

C. PROJECT DESCRIPTION

(a) OWNER anticipates developing state-of-the-art facilities and cutting edge infrastructure at locations to be determined in the Greater Syracuse Area that will house research, technology outreach, business development, manufacturing, and education and training ventures in conjunction with SUNY CNSE.  As part of the FSMC/CNSE outreach efforts, FSMC seeks to develop a strategic partnership with a qualified local developer for the construction of such research, technology outreach, business development, manufacturing, and education and training hub, as well as partner with FSMC and SUNY CNSE on strategic economic development initiatives.  This RFP specifically seeks such qualified developer. Such highly qualified developers must have the capacity to design, construct,

finance, market, and lease the type of facilities described herein (see DEVELOPER REQUIREMENTS, Section 2).

(b) The vision of these economic development hubs is to act as an innovation catalyst and business paradigm for research and development (R&D), workforce education, and economic outreach in key nanotechnology-enabled industry sectors that build on, expand, and complement the nanotechnology ecosystem already in place across Upstate New York. A key aspect of their mission is to integrate three building blocks: (i) intellectual knowledge, (ii) physical resources, and (iii) networks (partnerships) targeting nanotechnology-enabled growth industries, including adjacent markets and supply chains, into public-private partnerships that convert enabling innovations and scientific breakthroughs into real business opportunities and revenue-generating ventures within a technically aggressive and fiscally leveraged technology development and deployment environment.

(c) It is the intent of this RFP for the DEVELOPER to share in the investments associated with this PROJECT and to be involved in the financing of it. The DEVELOPER is also expected to help finance, market, lease, and recommend space fit- up layouts and specifications for planned tenants.

(d) The OWNER retains full and complete approval of all actions associated with this PROJECT including all public communications associated with it.

(e) The strategic partnership contemplated in this RFP shall exist for a term of 5 years with possibly 5 successive one-year options for renewal subject to mutual agreement.

2. DEVELOPER REQUIREMENTS

A. FSMC, in conjunction with SUNY CNSE, is seeking a local DEVELOPER in the Greater Syracuse Area with the expertise, commitment, and business values needed to function as a strategic partner to rapidly and effectively advance the construction and operation of research, technology outreach, business development, manufacturing, and education and training hubs, as well as partner with FSMC and SUNY CNSE on strategic economic development initiatives. A proven record in successfully implementing large-scale projects within the public-private partnership organizational context is essential. The successful DEVELOPER must demonstrate its ability to meet the following OWNER requirements:

(a) Over 15 years of proven experience and successful track record in the construction and operation of mixed-use facilities and buildings, including Class A office space, electronic classrooms and conference rooms, high tech laboratory space, and advanced cleanroom infrastructure in the Greater Syracuse Area, with emphasis on nanotechnology, medical, and green energy infrastructure and facilities.

(b) Location of headquarters and major operations in the Greater Syracuse Area, with extensive knowledge and demonstrated know how of the local real estate market and business and financial drivers in the Greater Syracuse Area.

(c) Recognized ability to successfully carry out acquisition, planning, design, construction, ownership, and operation of large and multi-use tech parks, with complex research, development, workforce training, and commercialization buildings and facilities.

(d) Fully integrated and comprehensive in-house skills and services, including design,

architecture, legal, financial, leasing, construction, and facility management/lease services, with sophisticated tools and advanced capabilities (such as InSite SiteWork (www.insitesoftware.com) to accurately and efficiently coordinate all aspects of site and utility construction, to develop ideal building conditions, and USGlobalNet, or USGN's (www.usgn.net) web-based project management software) or equivalent to effectively manage projects expeditiously, professionally, on-time, and within budget.

(e) Demonstrable know how in the development and implementation of multi-faceted budget and financial models to fund projects, generate revenue, and meet financial goals, including providing strategic guidance and development expertise to formulate and execute viable and financially sound projects.

(f) Proven ability and keen interest in partnering with FSMC and SUNY CNSE on strategic economic development initiatives, including the development and execution of successful marketing strategies to attract high tech partners and tenants to targeted sites in the Greater Syracuse Area.

(g) Established readiness and disposition to invest in anchoring and expanding DEVELOPER owned business and operations in the Greater Syracuse Area, including DEVELOPER owned infrastructure investments and DEVELOPER own job creation.

(h) Bidder is required to comply with equal opportunities for minorities and women pursuant to section 312 of the New York Executive Law. This includes the achievement of at least 23% Women and Minority Owned Business Enterprise participation (WMBE). Accordingly, it is expected that DEVELOPER be able to demonstrate a track record in WMBE participation.

(i) Demonstrated track record at serving as the single point of accountability for institutional clients who have multi-year, multi-project initiatives.

B.  It is expected that potential tenants and corporate partners will be local, national, and global businesses, companies, and concerns with technology roadmaps and business strategies that are consistent and in accordance with the state pre-eminent strategy in attracting nanotechnology-enabled industries to further develop the state's innovation economy in research and development, technology outreach, business development, manufacturing, and education and training. In addition, preference must be given to Start-Up New York eligible business. The final acceptance of tenants and partners resides with FSMC and SUNY CNSE.

C.  DEVELOPER is expected to be ready and willing to lease and occupy a portion of the space in any project that results from this RFP.

D.  DEVELOPER, FSMC, and SUNY CNSE are expected to share in the identification of prospective tenants and in negotiating lease arrangements with prospective tenants.

E.  SEQRA AND REQUIRED APPROVALS

(a) DEVELOPER, FSMC, and SUNY CNSE will work jointly to obtain required NYS SEQRA approvals, building permits, and operating permits for any project that results from this RFP, other than those permits that are customarily obtained by a builder, general contractor or architect.

F.  DEVELOPER QUALIFICATIONS AND EXPERIENCE

(a) The response to the RFP shall include the DEVELOPER's qualifications and experience with

regard to design, construction, financing, marketing, real estate services, and leasing of research and development, laboratory, instructional, and office facilities, in accordance with the criteria in sections 2A, 2B, 2C, 2D, and 2E.

G. OWNER assumes no responsibility or liability for any cost incurred by DEVELOPER in connection with this RFP.

3. RFP SCHEDULE

A. Legal Notice Announcement — October 1st – 5th

B. Request for Proposal Document Issue/Available — October 1st – 15th

C. Signed Confidentiality Agreement (Appendix "D") — October 1st - 15th

D. Signed Confirmation to Attend the Project Conference (Appendix "B") — October 18th

E. Project Conference — October $21^{th}$

F. Deadline for Submission of Written Questions — October 28th

G. Response Due by Owner to Written Questions — November 8th

H. Letter of Interest and DEVELOPER Proposal Due Date — November 25th

4. FORMAT OF DEVELOPER RFP RESPONSE

A. DEVELOPERS in accordance with the schedule above shall:

(a) Submit a signed Letter of Interest.

(b) Submit 2 signed originals and two copies of their proposals pursuant to this RFP.

(c) Submit one electronic copy of their proposal (on CD ROM - read only).

(d) Deliver complete submittal in sealed envelope, return receipt delivery, to the FSMC President.

(e) Clearly print or type OWNER contact and address on the front of envelope.

B. DEVELOPER's response shall be delivered to the FSMC President.

5. DEVELOPER REQUIRED DELIVERABLES

A. Letter of Interest

(a) A transmittal letter must accompany the submission, signed by a principal of the proposed DEVELOPER. Documentation should also be provided listing the officers in the firm who are authorized to negotiate and execute agreements on behalf of the DEVELOPER.

B. Response to the RFP

(a) The response to the RFP by the DEVELOPER must be prepared on company letterhead

and provide detail sufficient to demonstrate DEVELOPER REQUIREMENTS set forth in Section (2) (A) and DEVELOPER QUALIFICATIONS AND EXPERIENCE as set forth in Section 2 (F).  In addition, the response to the RFP must specifically include the following information (please respond in the following sequence):

- Information on DEVELOPER's overall size (including the number of partners, employees, etc.) and the size and geographic location of offices.
- A short description of the history and background of DEVELOPER.
- A staffing-list and organization chart for key staff who will be involved in the Project, including name and education.
- If not publicly traded, identification of the 10 largest shareholders, or partners of DEVELOPER.
- Any outstanding legal actions, liens, and lawsuits that DEVELOPER, or any parent, subsidiary, or affiliate of DEVELOPER, is currently involved in, pending, or has experienced in the last three years.
- The maximum dollar amount for which DEVELOPER can provide a payment and performance bond.
- Evidence of available capacity to the extent to convince OWNER DEVELOPER has the resources to commit to the Project.
- Evidence that financial resources are solid and reliable to protect OWNER and ensure a timely and successful development of the Project.
- List of on-going projects and financial commitment levels.
- Limits of DEVELOPER general liability insurance.
- Latest audited financial statement for DEVELOPER or letter of financial reference from major financial institution.
- Developer fee methodology, including finder's fee per site (if any), property management fee or square foot fee for the various space types, and/or any other fees (if any) for financing, leasing, marketing, and space fit-up layouts and specifications for planned tenants.

6. PROJECT CONFERENCE & QUESTIONS

A.  All invited parties that anticipate responding to this **RFP** are required to attend the Project Conference scheduled for October 11, 2013.   The conference length is projected to be two hours. The time and location to be determined and disclosed to the bidder's submitting the Intent To Respond Form/Conference Attendance (Appendix B) no later than October 9th.  DEVELOPER must notify  the FSMC President at the address below.

B.  All Questions should be asked at the Project Conference.   If additional questions are introduced, they must be in writing as formatted in Appendix "A" -- RFP Form and  submitted hard  copy  and electronically, no later than October 16, to the FSMC President at:

Alicia Dicks, President
Fort Schuyler Management Corporation
SUNYIT
100 Seymour Road
Utica, New York 13502
adicks@ftsmc.org

C. Response to all RFP questions will be shared with all prospective DEVELOPERS who have attended the Project Conference no later than October 21, 2013.  Any amendments or clarifications of the RFP will be provided in writing to each DEVELOPER who has attended

the Project Conference.

D. The last day to submit an RFP will be October 25, 2013 at 5PM EDT.

7. EVALUATION OF RESPONSE to RFP

A. Selection Process

(a) FSMC will appoint a Selection Committee that will oversee the process of reviewing submissions to this RFP. The Selection Committee will recommend the selection of a PREFERRED DEVELOPER to the FSMC Board of Directors. The FSMC Board of Directors has the final authority for making the final selection and authorizing a contract.

(b) Responses to this RFP will be evaluated by the Selection Committee which will recommend a preferred candidate as well as a 1st and 2nd back-up candidate.

(c) Upon FSMC Board approval, detailed discussions and negotiations will be conducted with the preferred candidate which may lead to designation of the preferred candidate as the PREFERRED DEVELOPER, subject, however, to execution of an acceptable agreement by the preferred candidate with FSMC.

(d) If an agreement cannot be reached with the preferred candidate, discussions and negotiations with the 1st back-up candidate will ensue. If an acceptable agreement cannot be reached with the 1st back-up candidate, the 2nd back-up candidate will be engaged in discussions and negotiations.

(f) In the event that an ultimate selection cannot be made, FSMC reserves the right to terminate the process and this RFP.

(g) FSMC reserves the right to reject any and all proposals, in whole or in part, during the first stage and/or the second stage/final interview process.

(h) FSMC also reserves the right to effectuate any of the following: to negotiate change in the scope of services, to modify, restructure, or expand in whole or in part the proposed DEVELOPER and/or PREFERRED DEVELOPER Project Team, and to waive any technicalities as deemed in its best interest.

B. Evaluation Criteria

Evaluation criteria will be used to select the top DEVELOPER proposal that best meets the Project objectives outlined in this RFP. The chosen DEVELOPER will be selected through a deliberative process. The evaluation process will follow criteria developed in accordance with the DEVELOPER REQUIREMENTS set forth in Section (2) and the DEVELOPER QUALIFICATIONS AND EXPERIENCE as set forth in Section 2 (F), and would include:

(a) Quality and success of examples of previous similar project(s). Project example evaluation criteria will include without limitation:
1. demonstrated experience and successful track record in the construction and operation of mixed-use facilities, including Class A office space, electronic classrooms and conference rooms, high tech laboratory space, advanced cleanroom infrastructure in the Greater Syracuse Area, with emphasis on nanotechnology, medical, and green energy infrastructure and facilities,

2. level of job creation, total investment, design excellence, and rate of development and absorption.

(b) Demonstration of team's headquarters and major operations in, extensive knowledge of the local real estate market and business and financial drivers in, commitment to the Greater Syracuse Area, and the willingness to establish a long-lasting local presence.

(c) Ability to successfully carry out acquisition, planning, design, construction, ownership and operation of large and multi-use tech parks, with complex research, development, workforce training, and commercialization buildings and facilities..

(d) Level of in-house skills and services, including design, architecture, legal, financial, leasing, construction and facility management/lease services with advanced capabilities and tools to effectively manage projects.

(e) Demonstrable know how in development and implementation of multi-faceted budget and financial models to fund projects, generate revenue and meet financial goals and demonstrated financial capacity and ability to arrange financing (as based on project examples, and banking, credit, and personal references).

(f) Quality of team's prior experience in public-private partnerships and ability and interest in partnering with FSMC and SUNY CNSE on strategic economic development initiatives including the attraction of high tech partners and tenants to targeted sites in the Greater Syracuse Area

(g) Ability to proceed in a timely manner.

(h) Demonstrable ability to achieve at least 23% WMBE participation.

(i) Developer fee methodology, including finder's fee per site (if any), property management fee or square foot fee for the various space types, and/or any other fees (if any) for financing, leasing, marketing, and space fit-up layouts and specifications for planned tenants.

(j) Commitment to lease and occupy a portion of the space in any project that results from this RFP.

(k) Demonstrated ability to identify prospective tenants and in negotiating lease arrangements with prospective tenants.

8. ADDITIONAL INFORMATION

A. The OWNER will be the administering agency for any subsequent award that may be made as a result of this RFP. Accordingly, the OWNER is in no way obligated to accept any response and reserves the right to:

(a) Cancel the bid at any time.

(b) Accept or reject any DEVELOPER response in its entirety or in part.

(c) Select multiple DEVELOPERS.

(d) Change any dates specified in the RFP.

(e) Request additional information where considered necessary or desirable.

(f) Request an oral presentation (such oral presentations shall be requested solely at the discretion of OWNER and not all DEVELOPERS may be asked to make such oral presentations).

(g) Request written clarification of any or all DEVELOPER responses.

(h) Utilize any and all information submitted by the DEVELOPER to this RFP, whether or not that

DEVELOPER is selected.

9.  ENCLOSURES

Appendix "A" - Request for Information (Clarification) Form

Appendix "B" - Intent to Respond/Conference Attendance Confirmation Form

Appendix "C" - Insurance Requirements

Appendix "C 1" – Insurance Certificate - Sample

Appendix "D" - Disclosure of Lobbyist form

Appendix "E" - Disclosure of Prior Findings of Non-responsibility form

**Appendix "A"**
**Request for Information (Clarification)**

Submit Electronic Requests to the FSMC President at:
adicks@ftsmc.org

**Request for Proposal (RFP) To Establish a Strategic Research, Technology Outreach, Business Development, Manufacturing, and Education and Training Partnership with a Qualified Local Developer in the Greater Syracuse Area.**

**Developer Reference:** _____   Request Received: _____

Submitted By: _____                           _____

Subject: _____
Priority: _____
Doc. Reference: _____   Item: _____
Section: _____          Area: _____

DESCRIPTION OF REQUEST:
_____
_____
_____
_____

RESPONSE:
_____
_____
_____
_____

Reply Issued by: _____
Date: Issued in Addendum #: _____

Appendix "B"


Intent to Respond /
Conference Attendance
Confirmation Form


**Project Name:**

For A Strategic Research, Technology Outreach, Business Development, Manufacturing, And Education And Training Partnership With A Qualified Local Developer In The Greater Syracuse Area


To: Alicia Dicks


We hereby acknowledge receipt of the complete set of RFP documents for the above referenced project work, and confirm that:

☐ We do intend to submit an RFP for this work. We understand that this response will be prepared by us at no cost or obligation to Fort Schuyler Management Corporation.

If at any time during this process you determine not to bid please submit a no bid email to Ms. Alicia Dicks via email at adicks@ftsmc.org
.

<u>Registration for Site Visit:</u>

☐ We will attend the Project Conference and expect ___ representatives to attend.
Maximum of 4 pre-registered attendees inclusive of your sub-contractors may attend.
Please list:

| | |
|---|---|
| Attendee Name: _____ | Company Name: _____ |
| Attendee Name: _____ | Company Name: _____ |
| Attendee Name: _____ | Company Name: _____ |
| Attendee Name: _____ | Company Name: _____ |

Signature: _____   Date: _____

Name: (Print) _____   Title: _____

This document is to be scanned and submitted via electronic mail to Ms. Alicia Dicks at adicks@ftsmc.org

## APPENDICIES NEEDED TO BE ATTACHED

- Appendix C – FSMC Insurance
- Appendix C1 – Sample Accord Form
- Appendix "D" - Disclosure of Lobbyist form
- Appendix "E" - Disclosure of Prior Findings of Non-responsibility form