# EXHIBIT C

| | |
|---|---|
| **To:** | Loonan, John[jloonan@albany.edu] |
| **Cc:** | Fuleihan, Dean[dfuleihan@albany.edu] |
| **From:** | A E K |
| **Sent:** | Wed 5/29/2013 12:16:46 PM |
| **Importance:** | Normal |
| **Subject:** | Re: FRMC RFP For Legal Services |
| **Received:** | Wed 5/29/2013 12:16:46 PM |

ok

From: <Loonan>, John <jloonan@albany.edu>
Date: Wednesday, May 29, 2013 11:36 AM
To: A E K <akaloyeros@albany.edu>
Cc: "Fuleihan, Dean" <dfuleihan@albany.edu>
Subject: FRMC RFP For Legal Services

Alain,

Attached is the draft RFP for future FRMC financial and bond counsel legal services and a proposed bidders list.

The RFP seeks responses from firms to provide finance counsel and related services for FRMC.  We ask for relevant experience, specialized fields, NYS presence and show how they would demonstrate at least 23% NYS certified MWBE participation in the engagement.  The RFP lets respondents know that we may select and use multiple firms if necessary.

Ok to issue the RFP?

John

CONFIDENTIALITY NOTICE

The Pages (including attachments) comprising this internet or facsimile transmission contain CONFIDENTIAL information.  This information is intended for the sole and exclusive use by the individual entity named as the recipient hereof and any further disclosure and dissemination is prohibited. If you are not the intended recipient, you are hereby notified that any disclosure, copying, storage, distribution, or use of the contents of this transmission is strictly prohibited and may be unlawful.  If you have received this transmission in error, please notify us immediately by telephone or return e-mail, delete it from your mail system, and destroy all copies in your possession.