UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
:
UNITED STATES OF AMERICA　　　　　:
　　　　　　　　　　　　　　　　　　　:　　Case No. 16-cr-00776 (VEC)
　　　　v.　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
ALAIN KALOYEROS, et al.,　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　 :
　　　　　　　　　　　　　　　　　　　:
---------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Charlotte Jenkins, hereby certify that on this 19th of May, 2017, I caused a copy of the foregoing Motion to Dismiss under Federal Rule of Criminal Procedure 12 to be served on all counsel of record via the Court's ECF system.

　　　　　　　　　　　　　　　　 s/ Charlotte Jenkins
　　　　　　　　　　　　　　　　 Charlotte Jenkins