UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------x
                                                 :
UNITED STATES OF AMERICA                         :
                                                 :
              v.                                 :
                                                 :   Case No. 16-cr-00776 (VEC)
ALAIN KALOYEROS, et al.,                         :
                                                 :
              Defendants.                        :
                                                 :
-------------------------------------------------x
```

### NOTICE OF DEFENDANT ALAIN KALOYEROS' MOTION FOR A BILL OF PARTICULARS

Defendant Alain Kaloyeros, through counsel, respectfully moves for a Bill of Particulars.

Respectfully submitted,

/s/ Michael C. Miller
Michael C. Miller
Jeffrey A. Novack
Katherine M. Dubyak
David B. Hirsch
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

*Counsel for Alain Kaloyeros*

Dated: May 19, 2017