# EXHIBIT C

1114 Avenue of the Americas
New York, NY 10036

212 506 3900 main
www.steptoe.com



Michael Campion Miller
212 506 3995 direct
212 506 3950 fax
mmiller@steptoe.com

May 12, 2017

<u>Via E-Mail</u>

Janis Echenberg
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007

    Re:  *U.S. v. Alain Kaloyeros,* S.D.N.Y., 16-Cr-00776 (VEC)
           Request for Particulars

Dear Ms. Echenberg:

    This firm represents defendant Alain Kaloyeros in the above-referenced matter. We write in response to your May 10, 2017 letter regarding our April 28, 2017 request for particulars and in anticipation of our scheduled May 15, 2017 meet and confer.

    First, we reiterate our request for the particulars described in our April 28, 2017 request. These particulars are not an improper request for a preview of the Government's case. Rather, they are necessary for Dr. Kaloyeros to prepare his defense, avoid unfair surprise at trial, and protect him from double jeopardy.

    Second, your letter "refers" Dr. Kaloyeros to the communications and records of two individuals and 11 entities (employing hundreds of individuals) and offers non-exhaustive examples of relevant discovery that total over 700,000 pages. Trial is less than six months away. If your position is that discovery is a substitute for particularization, a far more targeted disclosure is necessary.

    Third, our request and your letter pre-date the Government's Superseding Indictment filed on May 11, 2017, which contains new allegations. We request that you identify the parties to, and timing and substance of, the e-mails and telephone calls with individuals located in Manhattan, New York that are alleged in Paragraph 26 of the Superseding Indictment.

    Finally, we reserve the right to supplement these requests as we review the discovery material and prepare for trial.

                           \*                            \*                            \*



Janis Echenberg
May 12, 2017
Page 2

    We look forward to speaking with you at our scheduled meet and confer.

    Thank you.

                                         Very truly yours,

                                         Michael C. Miller
                                         *Counsel for Dr. Kaloyeros*

cc:    AUSAs Robert Boone, David Zhou, Matthew Podolsky (via e-mail)