UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ALAIN KALOYEROS, et al.,

Defendants.

Case No. 16-cr-00776 (VEC)

---

# NOTICE OF DEFENDANT ALAIN KALOYEROS' MOTION FOR SEVERANCE

Defendant Alain Kaloyeros, through counsel, respectfully moves for severance from Defendants Percoco, Kelly, Aiello and Gerardi.

Respectfully submitted,

/s/ Michael C. Miller
Michael C. Miller
Jeffrey A. Novack
Katherine M. Dubyak
David B. Hirsch
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

*Counsel for Alain Kaloyeros*

Dated: May 19, 2017