UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :
        v.                                            :
                                                      :  Case No. 16-cr-00776 (VEC)
ALAIN KALOYEROS, et al.,                              :
                                                      :
        Defendants.                                   :
                                                      :
------------------------------------------------------x

## NOTICE OF DEFENDANT ALAIN KALOYEROS' MOTION TO COMPEL PRODUCTION OF *BRADY* MATERIAL

Defendant Alain Kaloyeros, through counsel, respectfully moves to compel the Government to produce *Brady* material.

        Respectfully submitted,

        /s/ Michael C. Miller
        Michael C. Miller
        Jeffrey A. Novack
        Katherine M. Dubyak
        David B. Hirsch
        STEPTOE & JOHNSON LLP
        1114 Avenue of the Americas
        New York, New York 10036
        (212) 506-3900

        *Counsel for Alain Kaloyeros*

Dated: May 19, 2017