UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
UNITED STATES OF AMERICA :
:
v. :
: Case No. 16-cr-00776 (VEC)
ALAIN KALOYEROS, et al., :
:
Defendants. :
:
---------------------------------------------------------x

## NOTICE OF DEFENDANT ALAIN KALOYEROS' MOTION TO DISMISS FOR LACK OF VENUE OR, ALTERNATIVELY, TRANSFER

Defendant Alain Kaloyeros, through counsel, respectfully moves for dismissal of the Indictment as against Dr. Kaloyeros for lack of venue or, alternatively, transfer to the Western District of New York.

Respectfully submitted,

/s/ Michael C. Miller
Michael C. Miller
Jeffrey A. Novack
Katherine M. Dubyak
David B. Hirsch
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

*Counsel for Alain Kaloyeros*

Dated: May 19, 2017