UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA                              :
                                                      :   Case No. 16-cr-00776 (VEC)
                v.                                    :
                                                      :
ALAIN KALOYEROS, et al.,                              :
                                                      :
                Defendants.                           :
                                                      :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Charlotte Jenkins, hereby certify that on this 19th of May, 2017, I caused a copy of the foregoing Motion to Dismiss for Lack of Venue or, Alternatively, Transfer to be served on all counsel of record via the Court's ECF system.

                                                      s/ Charlotte Jenkins
                                                    Charlotte Jenkins