# EXHIBIT T
# (REDACTED)

| | | | | *United States v. Joseph Percoco, et al.,* **16 Cr. 776 (VEC)** | | |
| | | | | Discovery Index for All Defendants | | |
| | | | | *as of* 5/18/2017 | | |
| | **Available for Order** | **Available for Delivery** | **Bates Start** | **Bates End** | **Description/Custodian** | **Classification** |
| | | | | **Production 1** | | |

Redacted

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Supplement to Production 1 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 2 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 3 | |

Redacted

Redacted

Redacted

| | | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|---|
| | | | | | Production 4 | | |

Redacted

Redacted

Redacted

| | | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|---|
| | | | | | Production 5 | | |

Redacted

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | Supplement 2 to Production 1 | | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | Production 6a | | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|

| | | | | | Production 6b | |
|---|---|---|---|---|---|---|

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 7 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 8 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 9 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 10 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 11 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | CPV Supplement | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 12 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 13 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 14 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 15 | |

Redacted

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 16 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 17 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 18 | |

Redacted

| | Available for Order | Available for Delivery | Bates Start | Bates End | Description/Custodian | Classification |
|---|---|---|---|---|---|---|
| | | | | | Production 19 | |

Redacted