

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Kaloyeros, et al.*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully inform the Court and defense counsel that, at trial, the Government will not be proceeding on Counts Three and Five of the S2 Indictment, which charge Steven Aiello, Joseph Gerardi, Louis Ciminelli, and Michael Laipple with paying bribes and gratuities in violation of Title 18, United States Code, Section 666(a)(2).

    The Government intends to proceed at trial against the defendants on the remaining counts, specifically, Counts One, Two, Four, Fifteen, and Sixteen of the S2 Indictment.

    In view of the above, and pursuant to the Court's Order dated May 3, 2018 (Dkt. No. 647), the Government is enclosing a redacted, trial version of the above-captioned Indictment that reflects the counts that the Government will proceed on at trial and also redacts allegations that relate only to the January trial.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by:    /s/
    Robert Boone
    David Zhou
    Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2208/2438/1947

Enclosure

cc:    Counsel for all defendants (via ECF)