

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 9, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Kaloyeros, et al.*, S2 16 Cr. 776 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully inform the Court and defense counsel that, at trial, the Government will not be proceeding on Count Fifteen of the S2 Indictment, which charges Steven Aiello with making false statements to federal officers in violation of Title 18, United States Code, Section 1001(a)(2).

    The Government intends to proceed at trial against the defendants on the remaining counts, specifically, Counts One, Two, Four, and Sixteen of the S2 Indictment.

    In view of the above, the Government is enclosing an updated trial Indictment that reflects the counts that the Government will proceed on at trial and also removes Michael Laipple from the Indictment.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by:    _____/s/_____
    Robert Boone
    David Zhou
    Matthew Podolsky
    Assistant United States Attorneys
    (212) 637-2208/2438/1947

Enclosure

cc:    Counsel for all defendants (via ECF)