Michael C. Miller
212 506 3955
mmiller@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

August 9, 2018

<u>Via ECF</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: **U.S. v. Percoco, et al. (Case No. 16-cr-00776)**
      **Renewal of Motion for Judgment of Acquittal**

Dear Judge Caproni:

  I write on behalf of Defendant Alain Kaloyeros. At the close of the government's evidence, the Court reserved decision on Dr. Kaloyeros' motion for a judgment of acquittal under Fed. R. Crim. P. 29. Tr. 2086:12-14; Tr. 2090:3-4; Tr. 2207:12-20. Without prejudice to his right to have those motions for acquittal decided on the basis of the evidence at the times the respective rulings were reserved, Dr. Kaloyeros renews his motion for the reasons stated by counsel for the Defendants at the time. *See* Tr. 2015:8-2115:20; 2199:10-2201:25.[1]

                 Respectfully submitted,

                 /s/ Michael C. Miller
                 Michael C. Miller
                 *Counsel for Defendant Alain Kaloyeros*

---

[1] As previously stated, Dr. Kaloyeros adopts all of the motions and arguments of his co-defendants. *See* Tr. 2034:21-22 ("[W]e join the arguments that Mr. Shechtman made."); Tr. 2153:21-22 ("THE COURT: There's a one for all and all for one here. That's been clear throughout.").