Michael C. Miller
212 506 3955
mmiller@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

September 13, 2018

<u>VIA ECF</u>

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Kaloyeros, et. al.*, No. 16 Cr. 776 (VEC)

Dear Judge Caproni:

     We represent Alain Kaloyeros in the above-referenced matter.  We write to respectfully request that the Court adjourn Dr. Kaloyeros' sentencing, which is scheduled for October 11, 2018, to a date during the week of December 3, 2018.  The Government does not object to the adjournment and noted its preference for that week.  Dr. Kaloyeros has not previously requested an adjournment.

     We would also respectfully request corresponding adjustments to the deadlines for objections to the Pre-Sentence Report, disclosure of the final Pre-Sentence Report, and filing of the parties' sentencing memoranda.  The additional time will permit Dr. Kaloyeros to confer further with the United States Probation Office regarding the Pre-Sentence Report and more fully respond to the proposed Sentencing Guidelines calculation.

     We thank the Court for its consideration.

                                                  Respectfully submitted,

                                                  Michael C. Miller

cc:  U.S. Probation Officer Christopher Paragano (via Email)