Michael C. Miller
212 506 3955
mmiller@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021

September 21, 2021

VIA ECF

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Kaloyeros*, 16-cr-776 (VEC)

Dear Judge Caproni,

    I write on behalf of defendant Alain Kaloyeros to respectfully request that Your Honor recommend to the Bureau of Prisons that Dr. Kaloyeros be designated to the minimum security camp at FCI Otisville. The government has no objection to this request.

    On December 11, 2018, Your Honor sentenced Dr. Kaloyeros to 42 months, granted bail pending appeal, and ordered Dr. Kaloyeros to surrender to the Bureau of Prisons 60 days after the issuance of the appellate mandate. Dkt. 953 at 2. Your Honor accepted Dr. Kaloyeros's request for a recommendation that he be housed in the minimum security camp located at USP Canaan. *Id.* At that time, Otisville was effectively closed to new requests due to overcrowding. Because we understand that there is now adequate room, Dr. Kaloyeros seeks to petition the BOP to designate him to Otisville so that his children, other members of his family, and his friends, who are largely located in and around the Albany area, will better be able to visit him.

    I thank the Court for its consideration.

Sincerely,

Michael C. Miller

cc:   Counsel of Record (via ECF)

Application GRANTED. The Court will request that Dr. Kaloyeros be designated to FCI Otisville.

SO ORDERED.

*[signature: Valerie Caproni]*   9/22/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE