Michael C. Miller
212 506 3955
mmiller@steptoe.com



1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2022
```

July 7, 2022

VIA ECF

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Percoco, et al. (Case No. 16-cr-776)

Dear Judge Caproni:

We represent Alain Kaloyeros in the above-referenced proceeding and write to request that the Court modify a condition of Dr. Kaloyeros' appearance bond.

Pursuant to the Court's order (ECF No. 1045), Dr. Kaloyeros was released from custody and must now "re-execute [his] previously entered personal recognizance bonds within seven days of [his] release[.]" Dr. Kaloyeros' original appearance bond listed his wife, with whom he has since separated, as surety.  Accordingly, Dr. Kaloyeros respectfully requests that he be permitted to substitute his wife for another financially responsible individual as surety on his appearance bond. Further, to facilitate timely execution of the appearance bond, Dr. Kaloyeros respectfully requests that the deadline to re-execute his appearance bond be extended to the business day following the Court's ruling on this Motion.  The government does not object to these requests.

We thank the Court for its consideration of this request.

Respectfully submitted,

Michael C. Miller

cc:   All Counsel (via ECF)

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: 7/7/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE