

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 11, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2023
```

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States* v. *Joseph Percoco, et al.*, 16 Cr. 776 (VEC)

Dear Judge Caproni:

      Please be advised that I am leaving the United States Attorney's Office. Accordingly, please remove me as counsel of record in this case. Thank you very much for the Court's consideration.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

      By: /s/ Janis M. Echenberg
         Janis M. Echenberg
         Assistant United States Attorney
         (212) 637-2597

cc: Counsel for all defendants (via ECF)

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Janis M. Echenberg as counsel in this case.

SO ORDERED.

*[signature]*      Date: 8/14/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE