```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-

STEVEN AIELLO, JOSEPH GERARDI, LOUIS CIMINELLI & ALAIN KALOYEROS,

                         Defendants.
------------------------------------------------------------ X

16-CR-776 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 23, 2024, the U.S. Court of Appeals for the Second Circuit issued its decision in this case, vacating the convictions for wire fraud and wire fraud conspiracy, vacating Mr. Aiello's conviction for conspiracy to commit honest-services wire fraud, and affirming Mr. Gerardi's false statement conviction, *see* Dkt. 1062; and

    WHEREAS the Mandate issued on February 3, 2025, *see* Dkt. 1063.

    IT IS HEREBY ORDERED THAT the parties are required to meet and confer and propose next steps in a letter filed by no later than **February 14, 2025**.

    IT IS FURTHER ORDERED that the parties appear for a status conference on **February 21, 2025** at **10:30 A.M.** in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: February 4, 2025**
**New York, NY**

                                                    */s/ Valerie Caproni*
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**

---

[1] Please note this is a new courtroom for the Undersigned.