

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 13, 2025

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    ***United States v. Alain Kaloyeros, et al.*, 16 Cr. 776 (VEC)**

Dear Judge Caproni:

      The Government respectfully submits this letter to supplement the letter motion filed earlier today (Dkt. 1066). Upon conferring further, the parties request that, in light of scheduling conflicts, the conference be adjourned from February 21, 2025, to a time convenient to the Court on March 12 or 13, 2025 (rather than March 7, 2025). In addition, counsel for the defendants request, without objection by the Government, that their clients' appearances at the conference be waived.

                    Respectfully submitted,

                    MATTHEW PODOLSKY
                    Acting United States Attorney


                By:    /s/
                    Lara Pomerantz
                    Robert B. Sobelman
                    Assistant United States Attorneys
                    (212) 637-2343/2616

Cc: Counsel of Record (by ECF)