USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                                              :        16-CR-776 (VEC)
            -against-                                   :
                                                              :        [PROPOSED] ORDER TO
ALAIN KALOYEROS,                              :        RETURN CRIMINAL FINE AND
                                                              :        SPECIAL ASSESMENT
                        Defendant.              :
------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 12, 2018, this Court entered a Judgment ordering Alain Kaloyeros to pay a fine of $100,000 and a special assessment of $300 (Dkt. 953);

WHEREAS on February 12, 2019, a Satisfaction of Judgment was entered acknowledging that Dr. Kaloyers had paid $100,300, representing the full sum of his fine and special assessment (Dkt. 984);

WHEREAS on September 8, 2021, the United States Court of Appeals for the Second Circuit affirmed Dr. Kaloyeros' convictions;

WHEREAS on February 18, 2022, Dr. Kaloyeros filed a Petition for Writ of Certiorari in the Supreme Court;

WHEREAS on May 22, 2023, the Supreme Court granted Dr. Kaloyeros's Petition for Writ of Certiorari, vacated the judgment of the Court of Appeals, and remanded the case for further consideration in light of *Ciminelli v. United States*, 598 U.S. 306 (2023), *see Kaloyeros v. United States*, 143 S. Ct. 2490 (2023);

WHEREAS on September 23, 2024, the Court of Appeals vacated Dr. Kaloyeros's convictions for wire fraud and wire fraud conspiracy (Counts One, Two, and Four), *United States v. Aiello*, 118 F.4th 291 (2d Cir. 2024); and

2

WHEREAS the Mandate issued on February 3, 2025 (Dkt. 1063);

IT IS HEREBY ORDERED THAT:

1.  The Clerk of Court is directed to return $100,300 to Dr. Kaloyeros, representing the sum he paid to the Court in satisfaction of his fine and special assessment, by Electronic Funds Transfer using the banking information on the Form AO 213P Dr. Kaloyeros will provide to the Finance/Cashier Department.

**SO ORDERED.**

Date: March 7, 2025  
New York, New York

VALERIE CAPRONI  
United States District Judge