USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

    -against-   :   16-CR-776 (VEC)

STEVEN AIELLO, JOSEPH GERARDI, LOUIS   :   ORDER
CIMINELLI & ALAIN KALOYEROS,

        Defendants.
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties appeared before the Court on March 14, 2025 for a conference.

    IT IS HEREBY ORDERED that the parties must meet and confer and file a joint letter proposing next steps within one week of the Supreme Court's decision in *Kousisis v. United States*, No. 23-909, and if it appears that this case will proceed, that letter must propose three mutually convenient dates for a status conference to be held not later than three weeks after the date of the decision.

    IT IS FURTHER ORDERED that, if the Court has not already had a status conference pursuant to the paragraph above, the parties appear for a status conference on **July 17, 2025** at **2:30 P.M**. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

    IT IS FURTHER ORDERED that the period between March 14, 2025, and July 17, 2025, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). As stated on the record at the Conference, the Court finds that the ends of justice outweigh the interest of the public and the Defendants in a speedy trial, as the parties agree that the Supreme Court's decision in *Kousisis v. United States*, No. 23-909, will affect the Government's next steps in this case.

**SO ORDERED.**

Date: **March 14, 2025**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**