```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,

   -against-

STEVEN AIELLO, JOSEPH GERARDI, LOUIS CIMINELLI & ALAIN KALOYEROS,

                                 Defendants.
------------------------------------------------------------ X

16-CR-776 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court for a status conference on **September 25, 2025** at **10:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS HEREBY ORDERED that the status conference will take place on **September 25, 2025** at **10:00 A.M**. in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date:  August 20, 2025
         New York, NY

_____
**VALERIE CAPRONI
United States District Judge**