

**Timothy W. Hoover**
Partner
561 Franklin Street
Buffalo, New York 14202
Telephone: (716) 800-2604
Facsimile: (716) 885-8569
*thoover@hooverdurland.com*
*www.hooverdurland.com*

September 17, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025
```

**Via ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Ciminelli*, No. 16-CR-776-VEC

Dear Judge Caproni:

      We are counsel for defendant Louis Ciminelli, and I write on behalf of defendants Ciminelli, Kaloyeros, Aiello, and Gerardi.

      The parties have apprised the Court of their ongoing discussions (Dkt. 1078, 1081, 1084, 1088, 1092). The parties will file a further joint letter by September 19, 2025, and a status conference is presently scheduled before the Court on September 25 at 10 a.m.

      Defendants respectfully request that, if the status conference goes forward as scheduled, the Court waive the defendants' appearance at the September 25 conference or, in the alternative, permit them to attend by telephone or via Zoom videoconference. The Government consents to this request.

      Thank you for the Court's consideration of this request.

                    Respectfully yours,

                      /s/Timothy W. Hoover

                      Timothy W. Hoover

TWH/
cc:   Counsel of record (via ECF)

---

Application DENIED.

SO ORDERED.                              9/18/2025

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE