UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2025

--------------------------------------------------------------- X

UNITED STATES OF AMERICA,                 :
                                          :
            -against-                     :          16-CR-776 (VEC)
                                          :
                                          :              ORDER
ALAIN KALOYEROS,                          :
                                          :
                        Defendant.        :
--------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the Court received notice from Mr. Kaloyeros and the Government that the parties would like to proceed with a change of plea hearing.

IT IS HEREBY ORDERED that the parties must appear before the Court on **Monday, December 22, 2025, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: December 19, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**