UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUPERSEDING INFORMATION** |
| v. | S6 16 Cr. 776 (VEC) |
| ALAIN KALOYEROS, | |
| Defendant. | |

## COUNT ONE
### (Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1.      From at least in or about 2013 through at least in or about 2015, in the Southern District of New York and elsewhere, ALAIN KALOYEROS, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343.

2.      It was a part and an object of the conspiracy that ALAIN KALOYEROS, the defendant, and others known and unknown, knowingly having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire, radio, and television communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343, to wit, KALOYEROS agreed to and did participate in a scheme with others to fraudulently induce Fort Schuyler to award significant taxpayer-funded development contracts by falsely representing to Fort Schuyler that the bidding processes for those contracts were fair, open, and competitive, when, in truth and in

fact, they were not, and KALOYEROS and his co-conspirators sent and received, and caused others to send and receive, email and telephonic communications to and from the Southern District of New York and elsewhere, in furtherance of that scheme.

Overt Act

3.      In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.      On or about November 22, 2013, ALAIN KALOYEROS, the defendant, exchanged emails with co-conspirators about, among other things, the participation of Steven Aiello and Joseph Gerardi's company in the scheme to fraudulently induce Fort Schuyler to award significant taxpayer-funded development contracts to that company.

(Title 18, United States Code, Section 371.)

_____
JAY CLAYTON
United States Attorney